1  JOHN S. BATTENFELD, BAR NO. 119513
   john.battenfeld@morganlewis.com
2  MORGAN, LEWIS & BOCKIUS LLP
   300 South Grand Avenue
3  Twenty-Second Floor
   Los Angeles, CA  90071-3132
4  Tel:    +1.213.612.2500
   Fax:    +1.213.612.2501
5
   CHRISTOPHER J. BANKS, BAR NO. 218779
6  christopher.banks@morganlewis.com
   MORGAN, LEWIS & BOCKIUS LLP
7  One Market, Spear Street Tower
   San Francisco, CA  94105-1596
8  Tel:    +1.415.442.1000
   Fax:    +1.415.442.1001
9
   MARINA C. GRUBER, Bar No. 271542
10 marina.gruber@morganlewis.com
   MORGAN, LEWIS & BOCKIUS LLP
11 1400 Page Mill Road
   Palo Alto, CA  94304-1124
12 Tel:    +1.650.843.4000
   Fax:    +1.650.843.4001
13
   Attorneys for Defendant
14 AMAZON.COM, LLC

IT IS SO ORDERED

Judge Thelton E. Henderson

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17

18 CARLOS MORALES, on behalf of himself, all        Case No. 3:16-cv-06462
   others similarly situated,
19
                       Plaintiff,
20                                                    **STIPULATION EXTENDING TIME**
              vs.                                     **FOR DEFENDANTS TO RESPOND TO**
21                                                    **FIRST AMENDED COMPLAINT**
   AMAZON.COM, LLC., a Delaware
22 corporation; PEACH, INC., DBA ACTION
   MESSENGER SERVICE., a California
23 corporation; and DOES 1-50, inclusive,             Complaint Filed: September 27, 2016

                       Defendants.
24

25

26

27

28

MORGAN, LEWIS &
  BOCKIUS LLP
 ATTORNEYS AT LAW
  SILICON VALLEY

**STIPULATION**

WHEREAS, Plaintiff CARLOS MORALES ("Plaintiff" or "MORALES"), filed a Complaint against Defendants AMAZON.COM, LLC ("AMAZON") and PEACH, INC. D/B/A/ ACTION MESSENGER SERVICE ("PEACH") (collectively "Defendants") in Alameda County Superior Court on or about September 27, 2016;

WHEREAS, Plaintiff filed a First Amended Complaint ("FAC") on November 30, 2016;

WHEREAS, AMAZON's and PEACH's responses to the FAC were originally due on December 14, 2016 and thereafter extended by fourteen (14) days to December 28, 2016 by way of stipulation;

WHEREAS, counsel for PLAINTIFF and DEFENDANTS have been conferring since that time in an attempt to resolve certain issues related to the FAC before DEFENDANTS are required to file their response to the FAC; and

WHEREAS, that meet and confer process is still ongoing and PLAINTIFF has agreed to stipulate to extend DEFENDANTS' deadlines to respond to the FAC further, until January 13, 2017, in order to facilitate the ongoing meet and confer process.

THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

1.    Defendants AMAZON's and PEACH's deadlines to respond to the First Amended Complaint are extended from December 28, 2016 to February 13, 2017.

2.  This stipulation shall not alter the date of any event or any deadline already fixed by Court order.

IT IS SO STIPULATED.

Dated: December 28, 2016                    MORGAN, LEWIS & BOCKIUS LLP


By   */s/ Christopher J. Banks*
John S. Battenfeld
Christopher J. Banks
Marina C. Gruber
Attorneys for Defendant
AMAZON.COM, LLC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

STIP. EXTENDING DEFTS'
DEADLINE TO RESPOND TO FAC
Case No. 3:16-cv-06462

1    Dated: December 28, 2016                    CHARLES E. RUBEN & ASSOCIATES

2

3                                               By   /s/ Charles E. Ruben
                                                    Charles E. Ruben
4                                                   Attorneys for Defendant
                                                    PEACH, INC.
5

6    Dated: December 28, 2016                    SETAREH LAW GROUP

7

8                                               By   /s/ Shaun Satareh
                                                    Shaun Setareh
9                                                   Thomas Segal
                                                    Attorneys for Plaintiff
10                                                  CARLOS MORALES

11

12
                        **ATTESTATION RE ELECTRONIC SIGNATURES**
13

14        I, CHRISTOPHER J. BANKS, attest pursuant to Northern District Local Rule 5-1(i)(3)

15   that all other signatories to this document, on whose behalf this filing is submitted, concur in the

16   filing's content and have authorized this filing.  I declare under penalty of perjury under the laws

17   of the United States of America that the foregoing is true and correct.

18   Dated: December 28, 2016                    MORGAN, LEWIS & BOCKIUS LLP

19

20                                              By   /s/ Christopher J. Banks
                                                    John S. Battenfeld
21                                                  Christopher J. Banks
                                                    Marina C. Gruber
22                                                  Attorneys for Defendant
                                                    AMAZON.COM, LLC
23

24

25   DB2/ 30943473.1

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

STIP. EXTENDING DEFTS'
DEADLINE TO RESPOND TO FAC
Case No. 3:16-cv-06462