JOHN S. BATTENFELD, BAR NO. 119513
john.battenfeld@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

CHRISTOPHER J. BANKS, BAR NO. 218779
christopher.banks@morganlewis.com
SACHA M. STEENHOEK, BAR NO. 253743
sacha.steenhoek@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1000
Fax: +1.415.442.1001

Attorneys for Defendant
AMAZON.COM, LLC

***(Additional counsel on next page)***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLOS MORALES, on behalf of himself, all others similarly situated,

Plaintiff,

vs.

AMAZON.COM, LLC., a Delaware corporation; PEACH, INC., DBA ACTION MESSENGER SERVICE., a California corporation; and DOES 1-50, inclusive,

Defendants.

Case No. 3:16-cv-06462-TEH

**STIPULATION AND [~~PROPOSED~~] ORDER TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1404(a)**

Complaint Filed: September 27, 2016

SHAUN SETAREH, State Bar No. 204514
shaun@setarehlaw.com
Thomas Segal, State Bar No. 222791
thomas@setarehlaw.com
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 711
Beverly Hills, CA 90212
Tel: (310) 888-7771
Fax: (310) 888-0109

Attorneys for Plaintiffs
CARLOS MORALES
on behalf of himself, all others similarly situated

STANLEY D. SALTZMAN (SBN 090058)
ssaltzman@marlinsaltzman.com
STEPHEN P. O'DELL (SBN 132279)
sodell@marlinsaltzman.com
CODY R. KENNEDY (SBN 296061)
ckennedy@marlinsaltzman.com
MARLIN & SALTZMAN, LLP
29229 Canwood Street, Suite 208
Agoura Hills, California 91301
Telephone: (818) 991-8080
Facsimile: (818) 991-8081

Attorneys for Plaintiffs
CARLOS MORALES
on behalf of himself, all others similarly situated

CHARLES E. RUBEN, State Bar No. 54456
Charles@CharlesRubenLaw.com
LAW OFFICES OF
CHARLES E. RUBEN, ESQ.
11111 Santa Monica Blvd., Suite 1840
Los Angeles, CA 90025-3333
Tel: (310) 445-4101
Fax: (310) 445-4108

Attorneys for Defendant
Peach, Inc. dba Action Messenger Service

**STIPULATION**

Defendants AMAZON.COM, LLC and PEACH, INC. ("Defendants") and Plaintiff CARLOS MORALES ("Plaintiff"), the parties to the above-entitled action (collectively, the "Parties"), through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on or about September 27, 2016, Plaintiff, on behalf of himself and all others similarly situated, filed a purported class action in the Superior Court of the State of California for the County of Alameda, entitled *CARLOS MORALES, on behalf of himself, all others similarly situated v. AMAZON.COM LLC, a Delaware corporation; PEACH, INC. DBA ACTION MESSENGER SERVICE, a California corporation; and DOES 1-50, inclusive*, Case Number RG 16832863;

WHEREAS, on November 4, 2016, Defendant Amazon removed this action to the United States District Court for Northern District of California based on federal question jurisdiction 28 U.S.C. § 1331. *See* ECF No. 1;

WHEREAS, Plaintiff filed a First Amended Complaint on November 30, 2016;

WHEREAS, in Plaintiff's First Amended Complaint, he alleged that venue was proper in Los Angeles County and that Plaintiff performed his employment for one of more Defendants in Los Angeles County;

WHEREAS, the Parties have met and conferred to discuss the merits of stipulating to transfer venue to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1404(a);

WHEREAS, Defendant Amazon filed a Motion to Dismiss and Motion to Strike on January 13, 2017, which Defendant Peach joined. *See* ECF Nos. 21, 22, 23;

WHEREAS, the hearing on Defendants' Motion to Dismiss and Motion to Strike has been taken off calendar. *See* ECF No. 34;

WHEREAS, the Parties currently have an initial scheduling conference before this Court on March 13, 2017. *See* ECF No. 33;

WHEREAS, the Parties stipulate that transfer of this action to the Central District of California is appropriate because: (1) the Central District has subject matter jurisdiction over this case under federal question jurisdiction; (2) Defendants are subject to personal jurisdiction in the Central District because they conduct business in the Central District; (3) venue is proper in the Central District because Defendants have conducted business in the Central District throughout all time periods relevant to this action; and (4) Plaintiff Morales is a resident of Los Angeles County;

WHEREAS, it is the Parties' intention that Plaintiff will not be required to file a motion for certification that the action is maintainable as a class action within 90 days after service of a pleading, as is required pursuant to Central District Local Rule 23-3. The Parties therefore also hereby stipulate that they agree to seek a waiver of Central District Local Rule 23-3 re "Certification", subject to Central District Court approval;

WHEREAS, the Parties stipulate that the Central District is the proper venue for this action for reasons including, but not limited to, the following:

- Plaintiff has never resided in the Northern District during any time period relevant to this action;
- The purported conduct that underlies Plaintiff's individual allegations did not occur in the Northern District;
- The location of Plaintiff's employment was in Los Angeles County;
- The majority of Defendants' witnesses with direct knowledge of Plaintiff's employment with Peach, Inc. are located in the Central District;
- Based on Plaintiff's counsel's clarification during meet and confer conversations with Defendant Amazon's counsel of who the Plaintiff is seeking to involve in the California class, approximately 60% of the California putative class members are located in the Central District and approximately 40% of the California putative class members are located in Northern District;
- Lead counsel for all Parties all located in the Central District;

- Given Defendants' substantial operations in the Central District of California relative to other California districts, the Central District has the most significant "local interest" in the subject controversy;

THEREFORE, the Parties hereby stipulate and agree that:

1. In light of the above factors, the Parties request that this action be transferred in its entirety from the United States District Court for the Northern District of California, San Francisco Division, to the to the United States District Court, Central District of California, pursuant to 28 U.S.C. § 1404(a).

2. Defendants' hearing on their Motion to Dismiss and Motion to Strike, previously set for February 27, 2017, and then vacated by the Court pending resolution of the transfer of the action, shall be reset according to the Local Rules and applicable standing order of the assigned judge in the Central District.

3. The Parties further request that the Court vacate the Case Management Conference currently scheduled for March 13, 2017.

IT IS SO STIPULATED.

Dated: March 7, 2017

MORGAN, LEWIS & BOCKIUS LLP

By *_/s/ Christopher J. Banks_*
John S. Battenfeld
Christopher J. Banks
Sacha M. Steenhoek
Attorneys for Defendant
AMAZON.COM, LLC

Dated: March 7, 2017

CHARLES E. RUBEN & ASSOCIATES

By *_/s/ Charles E. Ruben_*
Charles E. Ruben
Attorneys for Defendant
PEACH, INC.

Dated: March 7, 2017

SETAREH LAW GROUP

By */s/ Shaun Setareh*

Shaun Setareh
Thomas Segal
Attorneys for Plaintiff
CARLOS MORALES

## ATTESTATION RE ELECTRONIC SIGNATURES

I, CHRISTOPHER J. BANKS, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 7, 2017

MORGAN, LEWIS & BOCKIUS LLP

By *_/s/ Christopher J. Banks_*
John S. Battenfeld
Christopher J. Banks
Sacha M. Steenhoek
Attorneys for Defendant
AMAZON.COM, LLC

**ORDER**

For the reasons described in the Parties' Stipulation, and for good cause shown, IT IS HEREBY ORDERED that this action be transferred under 28 U.S.C. § 1404(a) to the United States District Court, Central District of California. The Case Management Conference set for March 13, 2017, is vacated.

**IT IS SO ORDERED.**

DATE: 3/10/2017

HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

DB2/ 31037049.3